*April 28, 1936.*

PITTELKOW, Appellant, vs. BACH, Respondent.

For the appellant: *Orth & Orth* of Milwaukee.

For the respondent: *Carl F. Geilfuss,* attorney, and *A. H. Nicolaus* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

KANTOWITZ, Respondent, vs. FIREMAN'S FUND INDEMNITY COMPANY and others, Appellants.

For the appellants: *Coleman & Barry* of Milwaukee.

For the respondent: *Becker & Meldman,* attorneys, and *Edward H. Meldman* and *Carl J. Reuter* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

UMBERGER BROTHERS and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants: *Quarles, Spence & Quarles,* attorneys, and *Kenneth P. Grubb* of counsel, all of Milwaukee.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.